Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−24935−VFP
        Chapter:  7
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Everton M Thomas
   19 Beverly Court
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−2032

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Eric Raymond Perkins, the Chapter 7 Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Vincent F. Papalia on,

Date: 11/13/19
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: October 17, 2019
JAN:

        Jeanne Naughton
        Clerk

```
                      United States Bankruptcy Court
                           District of New Jersey

In re:                                                              Case No. 19-24935-VFP
Everton M Thomas                                                    Chapter 7
          Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 3       Date Rcvd: Oct 17, 2019
                              Form ID: 170                Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db             +Everton M Thomas,    19 Beverly Court,   Belleville, NJ 07109-2115
518384698     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America N.A.,    Po Box 982238,    El Paso, TX 79998)
518384700      +Bank of America N.A.,    4909 Savarese Citcle,    Fl 1,   Tampa, FL 33634-2413
518384701       Bank of America Support Services,    1 Hattey Road,   Belfast, ME 04915
518384703      +Bank of America, N.A.,    PO Box 25118,   Tampa, FL 33622-5118
518384718     ++CITIBANK,   PO BOX 6043,    SIOUX FALLS SD 57117-6043
                (address filed with court:   Citibank, N.A.,    7930 NW 110th St.,    Kansas City, MO 64153)
518384719     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank, N.A.,    PO Box 6615,   The Lakes, NV 88901)
518384713      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
518384716       Citibank,   PO Box 6077,    Sioux Falls, SD 57117-6077
518384715       Citibank,   PO Box 6004,    Sioux Falls, SD 57117-6004
518384714      +Citibank,   P0 Box 91600,    Albuquerque, NM 87199-1600
518384717      +Citibank USA,    P0 Box 8189,   Gray, TN 37615-0189
518384721      +Citibank, NA,    PO Box 6191,   Sioux Falls, SD 57117-6191
518384720      +Citibank, NA,    PO Box 5870,   Grand Central Station,    New York, NY 10163-5870
518384725       Credit One Bank,    PO BOx 98672,   Las Vegas, NV 89193-8672
518384728      +Department Stores National Bank,    701 E 60th Street N.,    Sioux Falls, SD 57104-0432
518384729      +Department Stores National Bank Macy's,    9111 Duke Blvd,   Mason, OH 45040-8999
518384731      +Discover Fin Svcs LLC,    PO Box 5253,   Wilmington, DE 19808
518384740       Key Bank,   PO Box 8103,    South Hackensack, NJ 07606
518384739      +Key Bank,   2 Gatehall Drive,    Parsippany, NJ 07054-4521
518384738      +Key Bank,   One Washington Center,    5th Floor,   Newburgh, NY 12550-4626
518384743      +Macy's,   PO Box 8218,    Mason, OH 45040-8218
518384745      +Macy's,   9111 Duke Blvd.,    Mason, OH 45040-8999
518384746      +Macy's,   PO Box 29116,    Shawnee Mission, KS 66201
518384744       Macy's,   P.O. Box 4564,    Carol Stream, IL 60197-4564
518384747      +Macy's,   PO Box 8112,    Mason, OH 45040-8112
518384748       Macy's DSNB,    PO Box 8218,   Mason, OH 45040-8218
518384749      +Macys/DSNB,    PO Box 8218,   Mason, OH 45040-8218
518384752      +Nissan Motor Acceptance,    Po Box 660360,   Dallas, TX 75266-0360
518384754       Nissan Motor Acceptance Corp,    POBox 0502,   Carol Stream, IL 60132-0502
518384756      +Nissan Motor Acceptance Corp.,    PO Box 660577,   Dallas, TX 75266-0577
518384759      +Nissan-INFINITI,    PO Box 660366,   Dallas, TX 75266-0366
518384760       PC Richard,    PO Box 90015,   Louisville, KY 40290
518384762       PC Richards/ GECCCC,    PO Box 276,   Dayton, OH 45423
518384763      +Prosper Marketplace,    221 Main Street,   San Francisco, CA 94105-1906
518384764      +Raymour and Flanigan Furniture,    PO Box 14517,   Des Moines, IA 50306-3517
518384765      +Rushmore Loan Mgmt Services,    Pob 52708,   Irvine, CA 92619-2708
518384769      +Sallie Mae,    800 Prides Crossing,   Newark, DE 19713-6101
518384770      +Sallie Mae Bank Inc,    Po Box 3229,   Wilmington, DE 19804-0229
518384776       Wells Fargo,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518384777      +Wells Fargo,    Payment Processing,   4832 East McDowell Rd.,    Phoenix, AZ 85008-4231
518384778      +Wells Fargo Bank,    P.O. Box 94435,   Albuquerque, NM 87199-4435
518384779       Wells Fargo Bank,    PO Box 1225,   Charlotte, NC 28201-1225
518384780      +Wells Fargo Bank Nevada N.A.,    Po Box 94435,   Albuquerque, NM 87199-4435
518384781      +Wells Fargo Bank, N.A.,    420 Montgomery Street,   For Notice Only,
                 San Francisco, CA 94163-0001
518384782       Wells Fargo Bank, N.A.,    420 Montgomery Street,   San Francisco, CA 94163-0001
518384783       Wells Fargo Card Services,    PO Box 10347,   Des Moines, IA 50306-0347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2019 01:16:39     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2019 01:16:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:24:11
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518384710       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:21:46
                 Capital One Bank USA NA,    15000 Capital One Drive,   PO # EPUS2-0000473587,
                 Henrico, VA 23238
518384704       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:22:56     Capital One Bank,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
518384706       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:22:57
                 Capital One Bank N.A.,    PO Box 30281,   Salt Lake City, UT 84130-0281
518384705      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:22:56
                 Capital One Bank N.A.,    PO Box 30285,   Salt Lake City, UT 84130-0285
518384707      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:24:13     Capital One Bank USA,
                 10700 Capital One Way,    Glen Allen, VA 23060-9243
518384708      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:21:46
                 Capital One Bank USA N.A.,    Po Box 30281,   Salt Lake City, UT 84130-0281
518384709      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:22:56
                 Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
```

```
District/off: 0312-2          User: admin              Page 2 of 3                    Date Rcvd: Oct 17, 2019
                              Form ID: 170             Total Noticed: 80


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518384722      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 18 2019 01:21:53      Credit One Bank,
                 P0 Box 98873,    Las Vegas, NV 89193-8873
518384723      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 18 2019 01:24:21      Credit One Bank,
                 PO Box 60500,    City Of Industry, CA 91716-0500
518384727      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 18 2019 01:23:03
                 Credit One Bank N.A.,    Po Box 98872,    Las Vegas, NV 89193-8872
518384734       E-mail/Text: mrdiscen@discover.com Oct 18 2019 01:15:43      Discover Financial,   P0 Box 15316,
                 Wilmington, DE 19850
518384735       E-mail/Text: mrdiscen@discover.com Oct 18 2019 01:15:43      Discover Financial Services LLC,
                 Pob 15316,    Wilmington, DE 19850
518384730      +E-mail/Text: mrdiscen@discover.com Oct 18 2019 01:15:43      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
518384732       E-mail/Text: mrdiscen@discover.com Oct 18 2019 01:15:43      Discover Financial,   PO Box 32911,
                 Columbus, OH 43232-0911
518384733      +E-mail/Text: mrdiscen@discover.com Oct 18 2019 01:15:43      Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
518384737      +E-mail/Text: nwilliamson@foundationfinance.com Oct 18 2019 01:17:20      Foundation Finance,
                 7802 Meadow Rock Drive,    Weston, WI 54476-5262
518384741      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 18 2019 01:16:47
                 Key Bank National Association,    127 Public Square, 7th floor,    Cleveland, OH 44114-1226
518384742      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 18 2019 01:16:48      Keybank N.A.,
                 4910 Tiedman Road,    Brooklyn, OH 44144-2338
518384750      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Oct 18 2019 01:16:38      Marriot Vacation Club,
                 1200 US 98 S. Suite 19,    PO Box 8038,    Lakeland, FL 33802-8038
518384751      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Oct 18 2019 01:16:38      Marriott Ownership Resorts,
                 1200 Bartow Rd Ste A,    Lakeland, FL 33801-5901
518384761      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:24:11      PC Richard,   GE Money Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
518384766       E-mail/PDF: pa_dc_claims@navient.com Oct 18 2019 01:23:05      Sallie Mae,   PO Box 11509,
                 Killeen, TX 76547-1509
518384768      +E-mail/PDF: pa_dc_claims@navient.com Oct 18 2019 01:24:22      Sallie Mae,   PO Box 9500,
                 Wilkes-Barre, PA 18773-9500
518384767      +E-mail/PDF: pa_dc_claims@navient.com Oct 18 2019 01:23:02      Sallie Mae,   1002 Arthur Drive,
                 Lynn Haven, FL 32444-1683
518384771      +E-mail/PDF: pa_dc_claims@navient.com Oct 18 2019 01:23:03      Sallie Mae Bankruptcy,
                 220 Lasley Avenue,    Wilkes Barre, PA 18706-1430
518386565      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:24:11      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518384772      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:24:12      Synchrony Bank JC Penney,
                 PO BOX 965007,    Orlando, FL 32896-5007
518384773      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:21:46      Synchrony Bank/PC Richard,
                 C/O PO Box 965036,    Orlando, FL 32896-0001
518384774      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:24:12      Synchrony Bank/Walmart,
                 PO Box 9965024,    Orlando, FL 32896-0001
518384775      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:24:11      Synchrony Financial,
                 777 Long Ridge Road,    Stamford, CT 06902-1247
                                                                                               TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518384702*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America, N.A.,    PO Box 982238,   El Paso, TX 79998-2235)
518384699*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America N.A.,    4161 Piedmont Parkway,
                  Greensboro, NC 27410)
518384711*      Capital One Bank, N.A.,    PO Box 30281,    Salt Lake City, UT 84130-0281
518384712*     +Capital One Bank, N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
518384724*     +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
518384726*      Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
518384753*     +Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
518384755*      Nissan Motor Acceptance Corp,     PO Box 0502,    Carol Stream, IL 60132-0502
518384757*      Nissan Motor Acceptance Corp.,     PO Box 0502,    Carol Stream, IL 60132-0502
518384758*     +Nissan Motor Acceptance Corporation,     PO Box 660577,    Dallas, TX 75266-0577
518384736     ##+Fabian Thomas,    19 Beverly Court,    Belleville, NJ 07109-2115
                                                                                   TOTALS: 0, * 10, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2            User: admin               Page 3 of 3              Date Rcvd: Oct 17, 2019
                                Form ID: 170              Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Avram D White    on behalf of Debtor Everton M Thomas clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```