UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Everton M. Thomas, Debtor,

Case No.: 19-24935 (VFP)
Chapter: 7
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Eric R. Perkins, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia, USBJ on February 19, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 19 Beverly Court, Belleville, NJ 07109
$315,000 as per CMA provided Debtor

Liens on property: Mortgage in the amount of $293,306

Amount of equity claimed as exempt: $25,150

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Chapter 7 Trustee
Address: 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039
Telephone No.: 973-422-1100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-24935-VFP
Everton M Thomas                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Jan 16, 2020
                              Form ID: pdf905          Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
```
db           +Everton M Thomas,    19 Beverly Court,    Belleville, NJ 07109-2115
518384698   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America N.A.,    Po Box 982238,    El Paso, TX 79998)
518384700    +Bank of America N.A.,    4909 Savarese Citcle,    Fl 1,    Tampa, FL 33634-2413
518384701     Bank of America Support Services,    1 Hattey Road,    Belfast, ME 04915
518384703    +Bank of America, N.A.,    PO Box 25118,    Tampa, FL 33622-5118
518384718   ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
              (address filed with court: Citibank, N.A.,     7930 NW 110th St.,    Kansas City, MO 64153)
518384719   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank, N.A.,     PO Box 6615,    The Lakes, NV 88901)
518384713    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
518384715     Citibank,    PO Box 6004,    Sioux Falls, SD 57117-6004
518384716     Citibank,    PO Box 6077,    Sioux Falls, SD 57117-6077
518384714    +Citibank,    P0 Box 91600,    Albuquerque, NM 87199-1600
518384717    +Citibank USA,    P0 Box 8189,    Gray, TN 37615-0189
518384721    +Citibank, NA,    PO Box 6191,    Sioux Falls, SD 57117-6191
518384720    +Citibank, NA,    PO Box 5870,    Grand Central Station,    New York, NY 10163-5870
518384725     Credit One Bank,    PO BOx 98672,    Las Vegas, NV 89193-8672
518384728    +Department Stores National Bank,    701 E 60th Street N.,    Sioux Falls, SD 57104-0432
518384729    +Department Stores National Bank Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
518384731    +Discover Fin Svcs LLC,    PO Box 5253,    Wilmington, DE 19808
518384740     Key Bank,    PO Box 8103,    South Hackensack, NJ 07606
518384739    +Key Bank,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
518384738    +Key Bank,    One Washington Center,    5th Floor,    Newburgh, NY 12550-4626
518384745    +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
518384743    +Macy's,    PO Box 8218,    Mason, OH 45040-8218
518384746    +Macy's,    PO Box 29116,    Shawnee Mission, KS 66201
518384744     Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
518384747    +Macy's,    PO Box 8112,    Mason, OH 45040-8112
518384748     Macy's DSNB,    PO Box 8218,    Mason, OH 45040-8218
518384749    +Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
518384752    +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
518384754     Nissan Motor Acceptance Corp,    POBox 0502,    Carol Stream, IL 60132-0502
518384756    +Nissan Motor Acceptance Corp.,    PO Box 660577,    Dallas, TX 75266-0577
518384759    +Nissan-INFINITI,    PO Box 660366,    Dallas, TX 75266-0366
518384760     PC Richard,    PO Box 90015,    Louisville, KY 40290
518384762     PC Richards/ GECCCC,    PO Box 276,    Dayton, OH 45423
518384763    +Prosper Marketplace,    221 Main Street,    San Francisco, CA 94105-1906
518384764    +Raymour and Flanigan Furniture,    PO Box 14517,    Des Moines, IA 50306-3517
518384765    +Rushmore Loan Mgmt Services,    Pob 52708,    Irvine, CA 92619-2708
518384769    +Sallie Mae,    800 Prides Crossing,    Newark, DE 19713-6101
518384770    +Sallie Mae Bank Inc,    Po Box 3229,    Wilmington, DE 19804-0229
518384776     Wells Fargo,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518384777    +Wells Fargo,    Payment Processing,    4832 East McDowell Rd.,    Phoenix, AZ 85008-4231
518384778    +Wells Fargo Bank,    P.O. Box 94435,    Albuquerque, NM 87199-4435
518384779     Wells Fargo Bank,    PO Box 1225,    Charlotte, NC 28201-1225
518384780    +Wells Fargo Bank Nevada N.A.,    Po Box 94435,    Albuquerque, NM 87199-4435
518384781    +Wells Fargo Bank, N.A.,    420 Montgomery Street,    For Notice Only,
               San Francisco, CA 94163-0001
518384782     Wells Fargo Bank, N.A.,    420 Montgomery Street,    San Francisco, CA 94163-0001
518384783     Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 23:45:56     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 23:45:54     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:52:29
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518384710     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:51:40
               Capital One Bank USA NA,    15000 Capital One Drive,    PO # EPUS2-0000473587,
               Henrico, VA 23238
518384704     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:52:36     Capital One Bank,
               PO Box 30281,    Salt Lake City, UT 84130-0281
518384706     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:52:35
               Capital One Bank N.A.,    PO Box 30281,    Salt Lake City, UT 84130-0281
518384705    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:52:36
               Capital One Bank N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
518384707    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:52:36     Capital One Bank USA,
               10700 Capital One Way,    Glen Allen, VA 23060-9243
518384708    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:51:40
               Capital One Bank USA N.A.,    Po Box 30281,    Salt Lake City, UT 84130-0281
518384709    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:50:53
               Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
```

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: Jan 16, 2020
                               Form ID: pdf905          Total Noticed: 80


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518384722      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:51:46      Credit One Bank,
                 P0 Box 98873,    Las Vegas, NV 89193-8873
518384723      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:51:01      Credit One Bank,
                 PO Box 60500,    City Of Industry, CA 91716-0500
518384727      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:50:58
                 Credit One Bank N.A.,    Po Box 98872,    Las Vegas, NV 89193-8872
518384734       E-mail/Text: mrdiscen@discover.com Jan 16 2020 23:45:06      Discover Financial,   P0 Box 15316,
                 Wilmington, DE 19850
518384735       E-mail/Text: mrdiscen@discover.com Jan 16 2020 23:45:06      Discover Financial Services LLC,
                 Pob 15316,    Wilmington, DE 19850
518384730      +E-mail/Text: mrdiscen@discover.com Jan 16 2020 23:45:06      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
518384732       E-mail/Text: mrdiscen@discover.com Jan 16 2020 23:45:06      Discover Financial,   PO Box 32911,
                 Columbus, OH 43232-0911
518384733      +E-mail/Text: mrdiscen@discover.com Jan 16 2020 23:45:06      Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
518384737      +E-mail/Text: nwilliamson@foundationfinance.com Jan 16 2020 23:46:36      Foundation Finance,
                 7802 Meadow Rock Drive,    Weston, WI 54476-5262
518384741      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 16 2020 23:46:05
                 Key Bank National Association,    127 Public Square, 7th floor,    Cleveland, OH 44114-1226
518384742      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 16 2020 23:46:05      Keybank N.A.,
                 4910 Tiedman Road,    Brooklyn, OH 44144-2338
518384750      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jan 16 2020 23:45:56      Marriot Vacation Club,
                 1200 US 98 S. Suite 19,    PO Box 8038,   Lakeland, FL 33802-8038
518384751      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jan 16 2020 23:45:56      Marriott Ownership Resorts,
                 1200 Bartow Rd Ste A,    Lakeland, FL 33801-5901
518384761      +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:50:46      PC Richard,   GE Money Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
518384766       E-mail/PDF: pa_dc_claims@navient.com Jan 16 2020 23:50:59      Sallie Mae,   PO Box 11509,
                 Killeen, TX 76547-1509
518384768      +E-mail/PDF: pa_dc_claims@navient.com Jan 16 2020 23:50:59      Sallie Mae,   PO Box 9500,
                 Wilkes-Barre, PA 18773-9500
518384767      +E-mail/PDF: pa_dc_claims@navient.com Jan 16 2020 23:50:59      Sallie Mae,   1002 Arthur Drive,
                 Lynn Haven, FL 32444-1683
518384771      +E-mail/PDF: pa_dc_claims@navient.com Jan 16 2020 23:51:47      Sallie Mae Bankruptcy,
                 220 Lasley Avenue,    Wilkes Barre, PA 18706-1430
518386565      +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:52:29      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518384772      +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:50:46      Synchrony Bank JC Penney,
                 PO BOX 965007,    Orlando, FL 32896-5007
518384773      +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:50:46      Synchrony Bank/PC Richard,
                 C/O PO Box 965036,    Orlando, FL 32896-0001
518384774      +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:51:36      Synchrony Bank/Walmart,
                 PO Box 9965024,    Orlando, FL 32896-0001
518384775      +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:50:46      Synchrony Financial,
                 777 Long Ridge Road,    Stamford, CT 06902-1247
                                                                                               TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518384702*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,    PO Box 982238,   El Paso, TX 79998-2235)
518384699*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America N.A.,    4161 Piedmont Parkway,
                 Greensboro, NC 27410)
518384711*     Capital One Bank, N.A.,    PO Box 30281,   Salt Lake City, UT 84130-0281
518384712*    +Capital One Bank, N.A.,    PO Box 30285,   Salt Lake City, UT 84130-0285
518384724*    +Credit One Bank,    PO Box 98873,   Las Vegas, NV 89193-8873
518384726*     Credit One Bank,    PO Box 98873,   Las Vegas, NV 89193-8873
518384753*    +Nissan Motor Acceptance,    PO Box 660360,   Dallas, TX 75266-0360
518384755*     Nissan Motor Acceptance Corp,    PO Box 0502,   Carol Stream, IL 60132-0502
518384757*     Nissan Motor Acceptance Corp.,    PO Box 0502,   Carol Stream, IL 60132-0502
518384758*    +Nissan Motor Acceptance Corporation,    PO Box 660577,   Dallas, TX 75266-0577
518384736    ##+Fabian Thomas,   19 Beverly Court,    Belleville, NJ 07109-2115
                                                                              TOTALS: 0, * 10, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2            User: admin                    Page 3 of 3              Date Rcvd: Jan 16, 2020
                                Form ID: pdf905                Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Avram D White    on behalf of Debtor Everton M Thomas clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```